In the Matter of the Petition of Oressa Stewart Wilcox, Appellant, for an Accounting and Judicial Settlement of the Accounts of Jay Conger and Others, as Executors and Testamentary Trustees of and under the Last Will and Testament of Frank Conger, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.